| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Jason C. Kolbe, Esq. (SBN 11624) |
| John D. Tennert, Esq. (SBN 11728) | Kevin S. Soderstrom, Esq. (SBN 10235) |
| FENNEMORE CRAIG, P.C. | TIFFANY & BOSCO, P.A. |
| 300 E. Second St., Suite 1510 | 10100 W. Charleston Boulevard, Suite 220 |
| Reno, Nevada 89501 | Las Vegas, NV 89135 |
| Tel: 775-788-2228  Fax: 775-788-2229 | Tel: 702-258-8200  Fax: 702-258-8787 |
| lhart@fclaw.com; jtennert@fclaw.com | jck@tblaw.com; kss@tblaw.com |
| *Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | *Attorneys for Plaintiff U.S. Bank National Association* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PLACER BULLION TRUST #9166; and NV WEST SERVICING, LLC, as Trustee, an unknown trust,<br><br>Defendants. | CASE NO. 2:18-cv-00289-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**[FIRST REQUEST]** |

Plaintiffs Federal Housing Finance Agency, as conservator of the Federal Home Loan Mortgage Corporation, Federal Home Loan Mortgage Corporation, U.S. Bank National Association (collectively, Plaintiffs"), and Defendants Placer Bullion Trust #9166 and NV West Servicing, LLC, as Trustee (collectively, "Defendants"), hereby stipulate and agree as follows:

1. Plaintiffs may have an extension of time to file their response to Defendants' Motion to Dismiss filed on April 2, 2018 (ECF No. 19). Currently Plaintiffs' response is due on or before April 16, 2018. The parties request a two-week extension through April 30, 2018.

This is Plaintiffs' first request for an extension of time regarding their response to the Motion to Dismiss. Plaintiffs seek additional time in order to allow them to evaluate their clients' position with respect to the pending Motion to Dismiss. This extension is not intended to

//////

13818615

delay these proceedings and granting Plaintiffs' request will not prejudice any party.

DATED: April 6, 2018.

| | |
|---|---|
| **TIFFANY & BOSCO, P.A.**<br><br>By: /s/ Kevin S. Soderstrom<br>Jason C. Kolbe, Esq. (SBN 11624)<br>Kevin S. Soderstrom, Esq. (SBN 10235)<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89135<br>Tel: 702-258-8200 Fax: 702-258-8787<br>jck@tblaw.com; kss@tblaw.com<br><br>*Attorneys for Plaintiff U.S. Bank National Association* | **FENNEMORE CRAIG, P.C.**<br><br>By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corp.* |

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

By: /s/ Michael F. Bohn
Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
Tel: 702-642-3113 Fax: 702-642-9766
mbohn@bohnlawfirm.com
atrippiedi@bohnlawfirm.com

*Attorneys for Defendants Placer Bullion Trust #9166; and NV West Servicing, LLC, as Trustee*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 10, 2018

13818615

2