1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  376 East Warm Springs Road, Ste. 140
   Las Vegas, Nevada  89119
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorneys for defendants
   Placer Bullion Trust #9166; and
8  NV West Servicing, LLC as Trustee

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; and U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>PACER BULLION TRUST #9166; and NV WEST SERVICING, LLC AS TRUSTEE, an unknown trust,<br><br>Defendants, | CASE NO.: 2:18-cv-00289-JCM-PAL |

**STIPULATION AND ORDER (First Request)**

IT IS STIPULATED AND AGREED by and between the plaintiffs, Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation, through their attorney, Leslie Bryan Hart, Esq., and U.S. Bank National Association, through their attorney Kevin S. Soderstrom, Esq., and defendants, Placer Bullion Trust #9166 and NV West Servicing, LLC , by and through its attorney Michael F. Bohn, Esq. as follows:

1. Defendants Placer Bullion Trust #9166; and NV West Servicing, LLC shall have until June

1

8, 2018 to file and serve its response to the plaintiffs' Motion for Summary Judgment (ECF 31) filed on May 4, 2018;

    2. This is the first extension to which the parties have sought regarding this motion. Defendants seek additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendants' request will not prejudice any party.

DATED this 24th day of May, 2018.

| FENNEMORE CRAIG, P.C. | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /Leslie Bryan Hart, Esq./<br>Leslie Bryan Hart, Esq.<br>John D. Tennert, Esq.<br>FENNEMORE CRAIG, P.C.<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Attorney for Federal Housing Finance Agency<br>and Federal Home Loan Mortgage Corporation | By: /s/ /Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>2260 Corporate Circle, Suite 480,<br>Henderson, Nevada 89074<br>Attorney for defendants Placer Bullion Trust #9166 and NV West Servicing, LLC as Trustee |

TIFFANY & BOSCO, P.A

By:/s/ / Kevin S. Soderstrom Esq./
Kevin S. Soderstrom, Esq.
TIFFANY & BOSCO, P.A.
212 S. Jones Blvd
Las Vegas, NV 89107
Attorney for U.S. Bank N.A.

IT IS SO ORDERED May 30, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE