| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Jason C. Kolbe, Esq. (SBN 11624) |
| John D. Tennert, Esq. (SBN 11728) | Kevin S. Soderstrom, Esq. (SBN 10235) |
| FENNEMORE CRAIG, P.C. | TIFFANY & BOSCO, P.A. |
| 300 E. Second St., Suite 1510 | 10100 W. Charleston Boulevard, Suite 220 |
| Reno, Nevada 89501 | Las Vegas, NV 89135 |
| Tel: 775-788-2228   Fax: 775-788-2229 | Tel: 702-258-8200  Fax: 702-258-8787 |
| lhart@fclaw.com; jtennert@fclaw.com | jck@tblaw.com; kss@tblaw.com |

and

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@apks.com;
Howard.Cayne@apks.com;
Michael.Johnson@apks.com

*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

*Attorneys for Plaintiff U.S. Bank National Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION; and U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PLACER BULLION TRUST #9166; and NV WEST SERVICING, LLC, as Trustee, an unknown trust,<br><br>Defendants. | CASE NO. 2:18-cv-00289-JCM-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF**<br><br>**[FIRST REQUEST]** |

Plaintiffs Federal Home Loan Mortgage Corporation ("Freddie Mac"), Federal Housing Finance Agency, as conservator of Freddie Mac, and U.S. Bank National Association (collectively, Plaintiffs"), and Defendants Placer Bullion Trust #9166 and NV West Servicing, LLC, as Trustee (collectively, "Defendants"), hereby stipulate and agree as follows:

14017389

1. Plaintiffs may have an extension of time to file their reply to Defendants' Opposition to Plaintiffs' Counter-Motion for Summary Judgment filed on June 8, 2018 (ECF No. 38). Currently, Plaintiffs' response is due on or before June 22, 2018.

2. The parties request an one week extension through June 29, 2018.

3. This is Plaintiffs' first request for an extension of time to file their reply to Defendants' Opposition. Plaintiffs seek additional time due to the press of business as counsel has deadlines in this matter as well as others. This extension is not intended to delay these proceedings, and granting Plaintiffs' request will not prejudice any party.

DATED: June 18, 2018.

| **TIFFANY & BOSCO, P.A.** | **FENNEMORE CRAIG, P.C.** |
|---|---|
| By: /s/ Kevin S. Soderstrom<br>Jason C. Kolbe, Esq. (SBN 11624)<br>Kevin S. Soderstrom, Esq. (SBN 10235)<br>10100 W. Charleston Blvd., Suite 220<br>Las Vegas, NV 89135<br>Tel: 702-258-8200 Fax: 702-258-8787<br>jck@tblaw.com; kss@tblaw.com<br><br>*Attorneys for Plaintiff U.S. Bank National Association* | By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228 Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corp.* |

14017389

2

**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

By: /s/ Michael F. Bohn
    Michael F. Bohn, Esq.
    Adam R. Trippiedi, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Tel: 702-642-3113  Fax: 702-642-9766
    mbohn@bohnlawfirm.com
    atrippiedi@bohnlawfirm.com

*Attorneys for Defendants Placer Bullion Trust #9166; and NV West Servicing, LLC, as Trustee*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 19, 2018

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200

14017389

3