1    Leslie Bryan Hart, Esq. (SBN 4932)
     John D. Tennert, Esq. (SBN 11728)
2    FENNEMORE CRAIG, P.C.
     300 E. Second St., Suite 1510
3    Reno, Nevada 89501
     Tel: 775-788-2228   Fax: 775-788-2229
4    lhart@fclaw.com; jtennert@fclaw.com
                and
5    (Admitted *Pro Hac Vice*)
     Asim Varma, Esq.
6    Howard N. Cayne, Esq.
     Michael A.F. Johnson, Esq.
7    ARNOLD & PORTER KAYE SCHOLER LLP
     601 Massachusetts Ave., NW
8    Washington, DC 20001-3743
     Tel: (202) 942-5000   Fax: (202) 942-5999
9    Asim.Varma@apks.com;
     Howard.Cayne@apks.com;
10   Michael.Johnson@apks.com

11   *Attorneys for Plaintiffs Federal Housing Finance*
     *Agency and Federal Home Loan Mortgage*
12   *Corporation*

Jason C. Kolbe, Esq. (SBN 11624)
Kevin S. Soderstrom, Esq. (SBN 10235)
TIFFANY & BOSCO, P.A.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Tel: 702-258-8200 Fax: 702-258-8787
jck@tblaw.com; kss@tblaw.com

*Attorneys for Plaintiff U.S. Bank National*
*Association*

13

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 15   FEDERAL HOUSING FINANCE AGENCY, as conservator of Federal Home Loan Mortgage Corporation; FEDERAL HOME LOAN MORTGAGE  CORPORATION; and U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> PLACER BULLION TRUST #9166; and NV WEST SERVICING, LLC, as Trustee, an unknown trust, <br> Defendants. | CASE NO.  2:18-cv-00289-JCM-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |

Plaintiffs Federal Home Loan Mortgage Corporation ("Freddie Mac"), Federal Housing

Finance Agency, as conservator of Freddie Mac ("FHFA"), and U.S. Bank National Association

(collectively, Plaintiffs"), and Defendants Placer Bullion Trust #9166 and NV West Servicing,

LLC, as Trustee (collectively, "Defendants"), hereby stipulate and agree as follows:

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200

LHART/14383227.1/038236.0001

1.      Plaintiffs may have an extension of time to file their Opposition to Defendants' Motion for Summary Judgment filed on October 31, 2018 (ECF No. 52). Currently, Plaintiffs' response is due on or before November 21, 2018.

2.      The parties request a one-week extension through November 28, 2018.

This is Plaintiffs' first request for an extension of time to file their Opposition to Defendants' Motion for Summary Judgment. Plaintiffs seek additional time due to the press of business as counsel has deadlines in this matter as well as others, and to accommodate counsel's schedules over the upcoming Thanksgiving holiday. This extension is not intended to delay

//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////
//////////

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200

LHART/14383227.1/038236.0001

these proceedings, and granting Plaintiffs' request will not prejudice any party.

DATED:  November 7, 2018.

**TIFFANY & BOSCO, P.A.**

By:  /s/  Kevin S. Soderstrom
    Jason C. Kolbe, Esq. (SBN 11624)
    Kevin S. Soderstrom, Esq. (SBN 10235)
    10100 W. Charleston Blvd., Suite 220
    Las Vegas, NV 89135
    Tel: 702-258-8200 Fax: 702-258-8787
    jck@tblaw.com; kss@tblaw.com

*Attorneys for Plaintiff U.S. Bank National*
*Association*

**FENNEMORE CRAIG, P.C.**

By:  /s/  Leslie Bryan Hart
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228  Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com
    and
**ARNOLD & PORTER KAYE SCHOLER LLP**
    Asim Varma, Esq.
    Howard N. Cayne, Esq.
    Michael A.F. Johnson, Esq.
*Attorneys for Plaintiffs Federal Housing*
*Finance Agency and Federal Home Loan*
*Mortgage Corp.*

**LAW OFFICES OF MICHAEL F.
BOHN, ESQ., LTD.**

By:  /s/  Michael F. Bohn
    Michael F. Bohn, Esq.
    Adam R. Trippiedi, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Tel:  702-642-3113  Fax: 702-642-9766
    mbohn@bohnlawfirm.com
    atrippiedi@bohnlawfirm.com

*Attorneys for Defendants Placer Bullion*
*Trust #9166; and NV West Servicing, LLC,*
*as Trustee*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __November 8, 2018_____

LHART/14383227.1/038236.0001

FENNEMORE CRAIG
ATTORNEYS
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
775-788-2200